PROB 12C
(7-93)
                                                                                 Report Date: February 8, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Manuel Pacheco-Pascacio          Case Number: 2:13CR00051-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: June 4, 2013

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Unknown | Date Supervision Commenced: April 25, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 24, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1   **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

    **Supporting Evidence**: Mr. Pacheco-Pascacio violated the terms of his supervised release on or about January 25, 2016, by re-entering the United States without permission.

2   **Mandatory Condition #2:** The defendant shall not commit another federal, state or local crime.

    **Supporting Evidence:** Mr. Pacheco-Pascacio violated the terms of his supervised release on or about January 25, 2016, by failing to obey all laws by being arrested by the U.S. Border Patrol, for Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Pacheco-Pascacio, Manuel
February 8, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct

Executed on: 02/08/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/9/2016
Date