PROB 12C
(7/93)

Report Date: May 26, 2016

## United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

## Eastern District of Washington

**May 27, 2016**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Manuel Pacheco-Pascacio          Case Number: 0980 2:13CR00051-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: June 4, 2013

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: April 25, 2014 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: April 24, 2017 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/08/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Manuel Pacheco-Pascacio violated the terms of his supervised release on or about January 24, 2016, by being convicted, under case# 16-1-00015-4, for driving while under the influence in Douglas County, Washington. |
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Manuel Pacheco-Pascacio violated the terms of his supervised release on or about January 24, 2016, by being convicted, under case# 16-1-00015-4, for third degree assault in Douglas County, Washington. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 26, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/27/2016
Date